Argued July 18, affirmed August 1, reconsideration denied September 8, 1977, petition for review pending .

WERNER, *Appellant,*
*v.*
CITY OF TIGARD, *Respondent.*
(No. 36-847, CA 8357)
566 P2d 1226

Argued and submitted July 18, 1977.

Darrell E. Bewley, Portland, argued the cause for appellant. With him on the brief was Niedermeyer & Bewley, Portland.

J. D. Bailey, Hillsboro, argued the cause for respondent. With him on the brief was Schwenn, Bradley & Batchelor, Hillsboro.

Before Schwab, Chief Judge, and Tanzer and Johnson, Judges.

PER CURIAM.

Affirmed. *Schmidt v. Masters,* 7 Or App 421, 490 P2d 1029 (1971), Sup Ct *review denied* (1972).